# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ZACHARY WHEELER,      ) | |
| )                      | |
| Plaintiff,           ) | |
| )                      | No. 2:23-cv-02643-TLP-cgc |
| v.                   ) | |
| )                      | JURY DEMAND |
| WILSON CONSTRUCTION, LLC, ) | |
| )                      | |
| Defendant.           ) | |

## JUDGMENT

**JUDGMENT BY THE COURT**.  This action came before the Court on Plaintiff's Complaint, filed on October 11, 2023.  (ECF No. 1.)  Defendant Wilson Construction, LLC has failed to appear, plead, answer, or otherwise defend in this action.  On June 17, 2024, Plaintiff moved for default judgment.  (ECF No. 9.)  The Court granted Plaintiff's motion for default judgment as to Defendant's liability and set a hearing to decide damages.  (ECF No. 13.)  In accordance with the Affidavit of Zachary Steven Wheeler and the damages hearing held on October 16, 2024, the Court finds that Plaintiff is entitled to $1,520.00 from Defendant.  Plaintiff is also entitled to receive post-judgment interest at the legal rate until Defendant pays the judgment in full.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

October 17, 2024
Date